Smart Communications/PADOC

SCI Fayette

Name Oracio Sanchez

Number KR-6346

PO Box 33028

St Petersburg FL 33733

Inmate Mail
PA Department of Corrections

U.S. POSTAGE >> PITNEY BOWES

ZIP 15450
02 4W
0000354482 DEC. 05 2020
$ 000.50°

Clerk of Court
700 Grant St. Room 316
Pitt., PA. 15219