IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORACIO SANCHEZ, JR., | Civil Action No. 19-1429 |
| Plaintiff, | |
| v. | |
| DIRECTOR TRACY SMITH and RELIGIOUS SERVICES ADMINISTRATOR REV. ULRICH KLEMM., | |
| Defendants. | |

FILED
DEC 10 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come the Parties as indicated by their respective representatives listed below and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to, by and between the respective parties, that the above-captioned case shall be dismissed with prejudice.

Respectfully submitted,

_____
Oracio Sanchez, Jr., *pro se*
*Plaintiff at No. 2:19-cv-1429*

s/ Sarah J. Simkin
Sarah J. Simkin, Esquire

*Counsel for Defendants*
Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date: 12/3/20

AND NOW, this _____ day of December, 2020,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE