# Exhibit 2

## DECLARATION OF

## JAMES A. PALUCH JR.

## DECLARATION OF JAMES A. PALUCH, JR.

I, **James A. Paluch, Jr.**, being duly deposed, hereby testifies that:

1. My name is James A. Paluch, Jr. and that I am an incarcerated citizen in the custody of the Pennsylvania Department of Corrections since October 8, 1991.

2. I am serving a sentence of life imprisonment. My PA DOC identification number is BQ-3769.

3. I currently reside in the State Correctional Institution at Fayette and my address is 50 Overlook Drive, Labelle, PA 15450-1050.

4. I am a Torah-observant Messianic. I practice the worship of Yahweh exclusively, embrace the Holy Scriptures (e.g., Torah/Tanakh and the B'rit Chadasha), as well as follow the teachings of Yahshua Messiah of Nazaeth, Israyl.

5. I serve as a mebaqqer for the Messianic Fellowship Community.

6. I assert that Yahweh's Passover – according to the Jewish calendar, began on Friday, April 15, 2022 and continued until Saturday, April 23, 2022.

7. Yahweh's Passover officially begins on the 14th day of Abib at the time when the green ear is in the barley and in the evening thereof.

8. Yahweh's holy days and feasts are determined by the new moons and/or lunar cycle. Yahweh's calendar of events do not aLWAys coincide with the Jewish calendar of events, the latter being determined by a rabbinic council.

9. I sent a DC-135A to Corrections Classification Program Manager Debra Hawkinberry dated March 24, 2022 in which I requested that the communal seder meal for Yahweh's Passover be scheduled in the evening of Saturday, April 16, 2022.

10. My reason for requesting that the communal seder meal be held on Saturday, April 16, 2022 in the evening was three-fold. One, it was to ensure that the sighting of the First Full Moon was present since we are unable to determine if the green ear is in the barley. Two, the evening of Friday, April 15, 2022 was designated as Yahshua's Memorial. Three, the communal seder meal should always be used to break the all-day fast which is associated with Yahshua's Memorial. Additionally, it was to accommodate the Jewish Community so that no one who is Torah-observant would be required to either prepare and/or cook on the High Shabbat. Since Yahweh's Passover actually began on the weekly shabbat, it is considered a High Shabbat.

11. Neither Messianic Fellowship nor the Jewish Community is affiliated with the adherents of the group known as the Hebrew-Israelites. At no time did I ever discuss my plans to schedule the communal seder meal with anyone who is affiliated with the Hebrew Israelites.

12. I am not familiar with the tenets, beliefs, practices, and/or

religious customs of the Hebrew Israelites.

13. I did request to meet with Debra Hawkinberry concerning the accommodation needs for Yahweh's Passover. Debra Hawkinberry stated to me in writing that she planned to meet with me for this purpose. However, Debra Hawkinberry made no such effort to meet with me concerning such a meeting.

14. I make this declaration of my own free will, absent of any coercion, promise, and/or benefit. I declare that the information provided herein is both true and correct to the best of my knowledge, information, and belief, hereby subjecting myself to penalty of perjury for any knowingly false or misleading information under 28 U.S.C. §1746. So declared. So verified..

I make this declaration in the town of Labelle, Fayette County, in the Commonwealth of Pennsylvania, and hereby attest that this is my signature below:

BY THE DECLARANT:

*[signature]* 5/23/22

JAMES A. PALUGH, JR.
BQ-3769
50 OVERLOOK DRIVE
LABELLE, PA  15450-1050

Dated: May 23, 2022

cc: file