Case 2:19-cv-01429-RJC-PLD   Document 49-3   Filed 08/03/22   Page 1 of 3

# Exhibit 3

## JAMES A. PALUCH JR.'S

## INMATE REQUEST TO STAFF

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania MAR 2 5 2022<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>D. Hawkinberry, CCPM | 2. Date:<br>March 24, 2022 |
| 3. By: (Print Inmate Name and DOC#)<br>James A. Paluch, Jr.   BQ-3769<br><br>_[signature]_  3/24/22<br>Inmate Signature | 4. Counselor's Name:<br>Scott |
| | 5. Unit Manager's Name:<br>Howard |
| 6. Work Assignment:<br>Block Tutor | 7. (Housing Assignment)<br>CELL ~~C A 10-BA-15~~  B Block 3/29/z |

Stamps: CCPM  MAR 28 2022

8. Subject: State your request completely but briefly. Give details.

CCPM Hawkinberry:

I am in receipt of your IRR to Grievance No. 968015. Upon review, I have determined that an appeal will not be pursued. ~~On behalf of the Messianic and Jewish communities, I extend my sincerest appreciation to you and the Administrative Team for reversing your decision to deny us the ability to gather for the communal seder meal during Yahweh's Passover. IMHO, you did the right thing!~~ *

I spoke with Steve Slutzker about having the seder meal scheduled on the Shabbat (in which I asserted to you was impermissible under Jewish law). Although Steve is more knowledgeable of Jewish law than I am, he claims that having the ~~d~~ seder meal on April 15 at sunset is acceptable since it appears on the Aleph calendar. However, I think Steve is wrong and let me explain why. The first night of the seder is referred to as a "ceremonial meal" and does not involve the cooking nor preparing of KFP foods. When Aleph published their calendar I believe that they were referring to the ceremonial meal and not the actual seder meal where KFP foods are cooked and prepared. However, I defer to Rabbi Vogel on the (con't)

9. Response: (This Section for Staff Response Only)

Mr. Paluch –

We will be having the Seder meal on the 16th.

I will meet w/ you both soon. Bear w/ me, Chaplain Lewis is out and I am now w/out an Imam +

| To DC-14 CAR only ☐ Ramadan starts | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|
| STAFF MEMBER NAME  this week so...  Print | Hawkinberry  Signature  DATE 3-28-2022 |

one thing at

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips        Attachment 3-A

rec'd 4/4/22

a time. We'll figure it out.

2P (cor/KEMO)

DC-135A   p. 2      D. Hawkinberry, CCPM      Paluch/BQ-3769                3/24/22

(con't)

matter and you should consult his guidance to explain if the actual seder involving the preparation and cooking of the actual seder meal is to occur on the evening of April 15, 16, or 17. Rabbi Vogel is the ultimate authority involving matters of Jewish law. By the way, the only person at SCI-Fayette who is knowledgeable of Mesianic law is myself. In these circumstances, I defer to Rabbi Vogel's judgment in the matter. I plan to consult with him as well.

Also, the actual seder meal in which the MC and JC will partake in the communal seder meal must be held in a kosher-for-Passover environment. This means that we should not be provided with the KFP seder meal in the Dining Hall. It can be served in the Chapel, the Glass Room, or a classroom in the Ed. Bldg., or even in the gym, but I would request that the members of the MC and JC from each respective zone be allowed to clean the area at least 2-3 hours before the meal is served to ensure that there is no sign of chometz. Rabbi Vogel can also provide you with guidance on this matter - which is very important to us.

Lastly, it was brought to my attention that Murray Ave. Kosher is charging $5.00 for each box of KFP matzoh. THAT IS AN OUTRAGEOUS AMOUNT!! You could have went to COstco and got KFP matzoh for half of that price. Aleph would have provided KFP matzoh at approx. $3.00 per box. This is why I get upset with prison officials when they make decisions without our input. I spoke with my Dad and he is willing to send you $30.00 to cover the costs for providing me with six (6) boxes of KFP matzoh, but I fear that I am going to be compelled to grieve the costs. Since you made the decision to go with Murray Avenue Kosher, I believe the Facility should pay for 50% of the total costs or at a minimum each prisoner should only be required to pay for $3.00 for each box they ordered. Oh, I have a headache!! We really need to discuss this and soon because we are less than a month away from Yahweh's Passover.

That's enough for now or else I will end up writing a whole book for you!

Can you meet with Steve Slutzker and myself as soon as possible? This way, we can all be on the same page and work this out peacefully. Let me know.

A written response is requested. Much THANKS!!


cc:   file