# Exhibit 4

## PLAINTIFF'S

## INMATE REQUEST TO STAFF

| Form DC-135A<br>INMATE'S REQUEST TO STAFF MEMBER | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Ms. Hawkinberry | 2. Date: 4/10/22 |
| 3. By: (Print Inmate Name and Number)<br>Oracio Sanchez KR-8346<br>_Sanchez_<br>Inmate Signature | 4. Counselor's Name:<br>Mr. Williams |
| | 5. Unit Manager's Name:<br>Ms. Palmer |
| 6. Work Assignment:<br>Library | 7. Housing Assignment:<br>DB 33 |

APR 11 2022
APR 12 2022

**8. Subject: State your request completely but briefly. Give details**

Ms. Hawkinberry,

I'm writing you regarding an urgent matter. I recently spoke to a Jewish inmate about Passover and he showed me a request slip addressed to you in which he raises an issue about the Passover meal and you tell him the meal will be ate on April 16, 2022. Passover is on the 15th of April therefore the Hebrew Israelite community and I are supposed to have our Passover meal on this day, not the 16th. We, the Hebrew Israelites, although similarly situated with the Jews, are in fact a separate religion. If the Jews wish to have their Passover meal on a day that's not Passover that's on them. The tenets of the Hebrew Israelite faith Do NOT does not allow us to eat the Passover meal on any other day. In fact we cannot even save our meal for the following morning. See Exodus 12:10-11. Please keep the Passover meal for the Hebrew Israelites on April 15th; moving it to the 16th would violate our religious beliefs. If our Passover is moved to the 16th as well, I kindly ask that the money I paid for the Passover meal, $23.28, be returned. Thank you.

**9. Response: (This Section for Staff Response Only)**

Mr. Sanchez —

We were simply following the direction put out from Central Office that it could be on the 15th or 16th so we chose the 16th. I discussed this previously with Mr. Carter.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____   Hawkinberry   DATE 4-16-2022
             Print                                        Signature

7.2.1, Counseling Services Procedures Manual – Section 3, Request Slips        Attachment 3 - A