# Exhibit 5

## IAN ROBINSON'S

## INMATE REQUEST TO STAFF

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| | Department of Corrections |
| INMATE'S REQUEST TO STAFF MEMBER | INSTRUCTIONS |

Complete items number 1-8. If you follow instructions in preparing your request it can be responded to more promptly and intelligently.

APR 11 2022

1. To (Name and Title of Officer)

MS. Hawkinberry

2. Date: 4-10-22

3. By (Print Inmate Name and Number)

Ian Robinson CM6451

~Ian Robinson CM6451~
Inmate Signature

4. Counselor's Name:

MR. Williams     APR 12 2022

5. Unit Manager's Name:

MS. Palmer

6. Work Assignment: Building Trade

7. Housing Assignment (please print cell location)

Block D D R Side B Cell 49

8. Subject – State your request completely but briefly – Give details

MS. Hawkinberry I Just found out that we are no longer having the Passover meal on the 15th. Why is the Passover moved to the 16th? We cannot eat the Passover meal on any other day, other then the day of Passover, moving the Passover from the 15th to the 16th violates my religious beliefs. MS Hawkinberry why must the Hebrew Israelite community fight so hard to Preserve our Religious beliefs? Please keep the Passover meal for the Hebrew Israelites meal on the 15th, If the Passover celebration is moved Pleas refund me what I paid for the Passover meal because I cannot and will not eat the Passover meal on a day that is not Passover, Plus I was never informed that this change taking place when I was ordering the meal. Pleass help!

Ian Robinson

9. Response (This Section for Staff Response Only)

Mr. Robinson,

We were simply following the direction put out from central office that it would be on the 15th or 16th so we chose the 16th. I don't think it is possible to refund you this late.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
| --- | --- |

I discussed this w/ Mr. Carter previously.

STAFF MEMBER NAME   Hawkinberry
Print              Signature

DATE 4-14-2022