# Exhibit 6

## DECLARATION OF RANDY CARTER

## **DECLARATION OF RANDY CARTER**

1) I, Randy Carter, declare under the penalty of perjury that all statements made herein are true and correct to the best of my personal knowledge and belief:

2) My name is Randy Carter and I am an inmate at the Pennsylvania State Correctional Institution at Fayette in Labelle, Pennsylvania.

3) I am a Messianic Hebrew Israelite. I worship Yahweh and Yahweh alone. I worship Yahweh by keeping his commandments found in the Old Testament.

4) I also believe in, and follow, the teachings of Yahshua the Messiah.

5) Passover is the 1st of 7 Holy Days Yahweh commanded us to observe.

6) Passover is on the 14th of the Hebrew month Abib, which fell on April 15, 2022, of the Gregorian calendar.

7) I was eligible to participate in the 2022 Passover. I signed up to participate and order a meal. Hebrew Israelites are commanded to eat lamb, bitter herbs, unleavened bread, and drink grape juice for Passover.

8) We could not order lamb because orthodox Jews do not believe in eating lamb for Passover because there is no temple.

9) Chaplain Lewis told me that we were going to have the meal on April 15, 2022. He also showed me a calendar with the date of Passover.

10) A couple weeks before Passover Mrs. Hawkinberry called me to the program service building to talk about the upcoming Holy Day. She informed me that we would be allowed to celebrate communally. This was a recent change in policy since COVID-19 case counts had decreased.

11) Mrs. Hawkinberry told me that the timing for when we would eat the meal wasn't decided yet and she would be speaking to the FCPD Frank Lewis about it. She asked me what day the Hebrew Israelites wanted to eat the meal. I told her April 15th (2022). She said she would try to eliminate any scheduling conflicts that might arise with the Jewish group. She also said safety during the pandemic was still a concern and would impact the final decision.

12) On April 15, 2022, I had a pass to go over to the chapel. When I got to the chapel Hebrew Israelites were the only ones there, no Jews. We were confused as to why we were not having the Passover meal. Chaplain Lewis told us that the Jewish Community wanted to eat the Passover on April 16, 2022, so the Hebrew Israelite Community had to do the same. He told us it was because there could not be meals on two different days. He said we could have a "Ceremonial Seder" but that is not part of our religion. So we prayed and read the Biblical story of Passover. We were there for a little over an hour.

13) I make this declaration of my own free will and I understand that any false statements are subject to the penalties of perjury according to 18 U.S.C. §1746

DATE: 10/23/22

BY THE DECLARANT,

Randy Carter
Inmate No. HV-2925
SCI Fayette
50 Overlook Dr.
Labelle, Pa. 15450