# Exhibit 7

## DECLARATION OF

## JULIAN BRYANT

## DECLARATION OF JULIAN BRYANT

1) I, Julian Bryant, declare under the penalty of perjury that all statements made herein are true and correct to the best of my personal knowledge and belief.

2) My name is Julian Bryant. I am incarcerated at the Pennsylvania State Correctional Institution at Fayette in LaBelle, Pennsylvania.

3) My Inmate number is KT-7886.

4) I am a newly converted Messianic Hebrew Israelite. I believe in Yahweh the creator of heaven and earth. I also believe in His Son and prophet Yahshua the Messiah.

5) In my belief and worship of Yahweh, I am commanded to observe Passover every year on the 14th of the Biblical month of Abib. The 14th of Abib fell on April 15, 2022, this year.

6) Chaplain Lewis sent me a form informing me that I was eligible to participate in the 2022 Passover. This form had a list of food items that we had to choose from as well as how many boxes of Matzah we wanted.

7) I signed up to participate in the 2022 Passover. I ordered a meal and Matzah.

8) Chaplain Lewis told me that the meal was on the 15th of April.

9) I had a pass to go to the chapel on the night of April 15, 2022. When I got there it was only me and two other Hebrew Israelites.

10) I was wondering why I was not having the Passover meal. When I asked Chaplain Lewis about it he said, the Jewish inmates celebrate Passover on a different day, so we could not celebrate it on the 15th of April.

11) I told him that if we knew that before we signed up we would have never signed up. He told me and the other Israelites that there was nothing he could do. If we didn't want to participate then, Oh Well.

12) After speaking to Chaplain Lewis we stayed there for over an hour. We prayed and read the story of Passover from the Bible.

13) I make this declaration of my own free will and I understand that any false statements are subject to the penalties of perjury according to 18 U.S.C. §1746.

Date: 6-24-22

BY THE DECLARANT,

*Julian Bryant* (signature)
Julian Bryant
Inmate No. KT-7886
50 Overlook Dr.
Labelle, Pa. 15450