# Exhibit 8

## DECLARATION OF

## MICHAEL FARRIS

## DECLARATION OF MICHAEL FARRIS

1. I, Michael Farris, declare under the penalty of perjury that all statements made herein are true and correct to the best of my personal knowledge and belief.

2. My name is Michael Farris. I am incarcerated at the Pennsylvania State Correctional Institution at Fayette in Labelle, Pennsylvania.

3. My number is BS-0005.

4. I am a Messianic Hebrew Israelite. I believe in Yahweh the creator of heaven and earth. I also believe in His Son Yahshua the Messiah.

5. In my belief and worship of Yahweh I am commanded to observe the Passover every year on the 14th of the Biblical month Abib. The 14th of Abib fell on April 15, 2022, this year.

6. Chaplain Lewis sent me a form informing me that I was eligible to participate in the 2022 Passover. This form had a list of food items that we had to choose from as well as how many boxes of Matzah we wanted.

7. I signed up to participate in the 2022 Passover. I ordered a meal and Matzah.

8. Chaplain Lewis told me that the meal was on the 15th of April.

9. I had a pass to go to the chapel on the night of April 15, 2022, and when I got there it was a few other Hebrew Israelites and myself.

10. I was wondering why myself, and others were not having our Passover meal. Chaplain Lewis told me after I asked him about it that Jewish inmates celebrate Passover on a different day. So I, and the other Hebrew Israelites could not celebrate Passover on the 15th of April.

11. I informed him that if I, and others had known that before we signed up, we would have never signed up. He told me and the other Israelites that there was nothing he could do. If we didn't want to participate then he said "Oh well."

12. After speaking to Chaplain Lewis I stayed there for over an hour. We prayed and read the story of the Passover from the Torah.

13. I make this declaration of my own free will and I understand that any false statements are subject to the penalties of perjury according to 18 U.S.C. §1746.

Date: 7-14-22

Michael Farris BS-0005