

Oracio Sanchez #KR-8346
SCI Fayette
50 Overlook Dr.
Labelle, PA. 15450

Prothonotary
U.S. District Court
700 Grant St.
Room 3110
Pitt., PA. 15219