Oracio Sanchez Jr.
Inmate Number KR-8346
SCI Fayette
50 Overlook Dr.
Labelle, Pa. 15450

October 3, 2022

Prothonotary
U.S. District Court
700 Grant St.
Room 3110
Pitt., Pa. 15219

In Re: *Sanchez v. Klemm, et al.,* No. 2:19-cv-1429

Dear Prothonotary,

    Enclosed are two copies of my objection to the Magistrate's Report and Recommendation. Please place one in the official record in accordance with the above case number and forward the second to Judge Colville.

    Defendants have been simultaneously served.

    Thank you for your time and help.

Date: 10/3/22

RESPECTFULLY SUBMITTED,

Sanchez
Oracio Sanchez Jr.