

US POSTAGE
ZIP 15450 $ 001.92⁰
02 4W
0000354482 OCT 06 2022

Inmate Mail
PA Department of Corrections

Ofacio Sanchez # KR-834
SCI Fayette
50 Overlook Dr.
Labelle, PA. 15460

Prothonotary
U.S. District Court
700 Grant St.
Room 3110
Pitt., PA. 15219

CLEARED X-RAY SCREENING